UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

          Plaintiff,

    v.

LUCIA H. McLAIN, et al.,

          Defendants.
                              /

NO. CIV. S-06-394 LKK/DAD

O R D E R

A Status Conference is currently set for May 15, 2006 at 3:30 p.m. in the above-captioned case. Although the court is in receipt of plaintiff's status report, the court notes that the named defendant in the case has yet to file an answer to the complaint. The deadline to file an answer has since expired. Rather than conduct a Status Conference, the court directs plaintiff to seek entry of default from the Clerk and further directs plaintiff's counsel to move for default judgment before the assigned magistrate judge within thirty (30) days.

////

1

1 | The Status Conference currently set for May 15, 2006 is hereby
2 | VACATED.
3 | IT IS SO ORDERED.
4 | DATED: May 12, 2006

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT